IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-356-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ·O R D E R |
| | ) | |
| MICHAEL DEXTER BRODIE | ) | |

This matter came before the undersigned on January 15, 2019, at Raleigh, North Carolina for arraignment. The Court accepted defendant's guilty plea and ordered that the defendant's mental condition be examined prior to sentencing.

If, after a defendant has been found guilty of an offense but prior to sentencing, a court has reasonable cause to believe the defendant is presently suffering from a mental disease or defect for which he is in need of custody for care or treatment in a suitable facility, the court may, on its own motion, hold a hearing on his present mental condition. 18 U.S.C. § 4244(a). In preparation for such a hearing, the court may order a psychiatric or psychological examination of the defendant be conducted, and a report filed, in accordance with 18 U.S.C. §§ 4247(b) and (c).

In light of the nature and circumstances of the offense conduct, in addition to the Court's own colloquy with the defendant, the Court finds that a hearing on defendant's present mental condition is warranted. *See* 18 U.S.C. § 4244(a). The Court therefore orders that a psychiatric or psychological examination of defendant be conducted and defendant is hereby committed to the custody of the Attorney General for a period not to exceed thirty days. *See* 18 U.S.C. § 4247(b). A psychiatric or psychological report shall be filed in accordance with 18 U.S.C. § 4247(c) not

more than thirty days from the date of entry of this order. Defendant's sentencing hearing remains tentatively scheduled for the Court's April 15, 2019, term.

SO ORDERED, this _15_ day of January, 2019.

Terrence Boyle

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE